[No. 68179-6-I.   Division One.   April 1, 2013.]

VERBENA HEALTH, *Respondent*, v. MICHELLE L. MALKIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-21514-0, Kimberley Prochnau, J., entered December 8, 2011. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Grosse and Schindler, JJ.

[No. 68401-9-I.   Division One.   April 1, 2013.]

*In the Matter of the Dependency of* M.C.D.P.

HEATHER PHILLIPS ET AL., *Appellants*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-7-03749-5, Patricia H. Clark, J., entered January 23, 2012. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Spearman, A.C.J., concurred in by Cox and Schindler, JJ.

[No. 68507-4-I.   Division One.   April 1, 2013.]

*In the Matter of the Marriage of* SARA STEPHENSON, *Appellant*, and SHATA STEPHENSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-3-06746-2, Suzanne M. Barnett, J., entered December 23, 2011. *Reversed* and *remanded* by unpublished opinion per Verellen, J., concurred in by Becker and Cox, JJ.

[No. 41347-7-II.   Division Two.   April 2, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY EDWARD TARRER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-1-00712-0, Katherine M. Stolz, J., entered October 21, 2010. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Johanson, A.C.J., concurred in by Penoyar, J., and Bridgewater, J. Pro Tem.